IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEPHEN V. MANGRUM,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4577

_____/

Opinion filed August 1, 2017.

An appeal from the Circuit Court for Taylor County.
Gregory S. Parker, Judge.

Stephen V. Mangrum, pro se, for Appellant.

Pamela Jo Bondi, Attorney General, Barbara Debelius, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WETHERELL, RAY, and MAKAR, JJ., CONCUR.